IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JEREMY JOE BOHLMAN, | No. CV-11-633-TUC-CKJ (DTF) |
| Petitioner, | |
| vs. | **ORDER** |
| WARDEN CRAIG APKER, | |
| Respondent. | |

On May 29, 2012, Magistrate D. Thomas Ferraro issued a Report and Recommendation [Doc. 9] in which he recommended that Petitioner's Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody [Doc. 1] be dismissed. No objections have been filed within the time provided by 28 U.S.C. § 636(b).

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation [Doc. 9] is ADOPTED;

2. Petitioner's Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody [Doc. 1] is DENIED and this matter is DISMISSED WITH PREJUDICE; and

3. The Clerk of the Court shall enter judgment and close its file in this matter.

DATED this 27th day of June, 2012.

_____
Cindy K. Jorgenson
United States District Judge