IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JEREMY JOE BOHLMAN,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN CRAIG APKER,<br><br>Respondent. | No. CV-11-633-TUC-CKJ (DTF)<br><br><br><br>**ORDER** |

On May 29, 2012, Magistrate D. Thomas Ferraro issued a Report and Recommendation [Doc. 9] in which he recommended that Petitioner's Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody [Doc. 1] be dismissed. No objections have been filed within the time provided by 28 U.S.C. § 636(b).

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation [Doc. 9] is ADOPTED;

2. Petitioner's Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody [Doc. 1] is DENIED and this matter is DISMISSED WITH PREJUDICE; and

3. The Clerk of the Court shall enter judgment and close its file in this matter.

DATED this 27th day of June, 2012.

Cindy K. Jorgenson
United States District Judge